JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM YAZMAJIAN, | Case No. CV 17-8952-DOC(AS) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| NANCY A. BERRYHILL,<br>Acting Commissioner of the<br>Social Security Administration, | |
| Defendant. | |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: January 23, 2019

*David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE